PER CURIAM.
CERTIORARI DENIED on the authority of McGuire v. Nelson, 388 So.2d 42 (Fla. 5th DCA 1980); Holden v. City of Ft. Lauderdale, 286 So.2d 218 (Fla. 4th DCA 1973); Kennington v. Glllman, 284 So.2d 405 (Fla. 1st DCA 1973); Olin’s Rent-A-Car System, Inc. v. Avis Rental Car System, Inc., 135 So.2d 434 (Fla.3d DCA 1961); and State v. Smith, 118 So.2d 792 (Fla. 1st DCA 1960).
DAUKSCH, C. J., and FRANK D. UP-CHURCH, Jr., J., concur.
COBB, J., dissents with opinion.